UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHANA ALLISON, on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

CENTRAL CREDIT SERVICES, LLC,

    Defendant.

---

Civil Action Number:

**17-cv-5203**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 09 2018 ★
BROOKLYN OFFICE

### NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to FRCP 41(a)(1)(A)(ii), undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members, if any.

Dated: January 8, 2018

    Respectfully submitted,

    By: /s/ Salim Katach
        Salim Katach, Esq. (SK0924)
        Varacalli & Hamra, LLP
        *Attorneys for Plaintiff*

So Ordered.

s/ RJD

1/9/18